1  TONY WEST
   Assistant Attorney General
2  ARTHUR R. GOLDBERG
3  Assistant Director, Federal Programs Branch
   VARU CHILAKAMARRI (NY Bar #4324299)
4  KATHRYN L. WYER (Utah Bar #9846)
5  U.S. Department of Justice, Civil Division
   20 Massachusetts Avenue, N.W., Washington, DC 20530
6  Tel. (202) 616-8475/Fax (202) 616-8470
7  kathryn.wyer@usdoj.gov
8  *Attorneys for the United States*

9              **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**

11 | CONEJO WELLNESS CENTER | CASE NO. 11-9200 DMG (PJWx)
12 | COOPERATIVE, INC., a mutual benefit
13 | non-profit cooperative, et al.,
   |
14 |              Plaintiffs,                    | **NOTICE OF RECENT**
   |                                             | **DECISION OF OTHER COURT**
15 |        v.
16 |
17 | ERIC HOLDER, Attorney General of the
   | United States, et al.,
18 |
19 |              Defendants.
20
21         Defendants hereby notify the Court of the recent decision of Judge Molloy
22 of the District of Montana, in *Montana Caregivers Ass'n et al. v. United States, et*
23 *al.*, No. CV 11-74-M-DWM, 2012 WL 169771 (D. Mont. Jan. 20, 2012), where
24 the court rejected Ninth Amendment, Tenth Amendment, and Fifth Amendment
25 substantive due process claims similar to those raised here. For the Court's
26 convenience, the decision in *Montana Caregivers* is attached hereto.
27
28

Notice of Recent Decision of Other Court
Case No. 11-9200 DMG (PJWx)

1

Dated:  January 25, 2012                    Respectfully submitted,

2

3                                                          TONY WEST
                                                           Assistant Attorney General
4                                                          ARTHUR R. GOLDBERG
                                                           Assistant Branch Director
5

6                                                           /s/ Kathryn L. Wyer
7                                                          VARU CHILAKAMARRI (NY#4324299)
                                                           KATHRYN L. WYER (Utah #9846)
8                                                          Trial Attorneys
9                                                          U.S. Department of Justice, Civil Division
                                                           20 Massachusetts Avenue, N.W.
10                                                         Washington, DC  20530
11                                                         Tel. (202) 616-8475/Fax (202) 616-8470
                                                           kathryn.wyer@usdoj.gov
12                                                         *Attorneys for the Defendants*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Recent Decision of Other Court
Case No. 11-9200 DMG (PJWx)